**Russell MICHAEL, d/b/a Quality Packing Company, Appellant,**

v.

**Viola ABSHIRE, Appellee.**

Court of Appeals of Kentucky.

Feb. 28, 1958.

Elwood Rosenbaum, Lexington, for appellant.

R. P. Moloney, Jr., Lexington, for appellee.

PER CURIAM.

Appellee's automobile, while properly parked beside the highway, was struck by appellant's truck. A jury awarded appellee $554.50 in damages. Appellant complains that no recovery for loss of use was authorized by the evidence and that an instruction on the point was erroneous.

Upon examination, the Court finds no prejudicial error and the motion for appeal is therefore overruled and the judgment is affirmed.